UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 12-01766-CJC(RNBx)                              Date:  June 18, 2013

Title: <u>GERALDINE STUDEBAKER V. LOWE'S COMPANIES, INC., ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Michelle Urie</u>                                   <u>     N/A     </u>
Deputy Clerk                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                     None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO SUBSTITUTE PARTY**

On February 8, 2013, Plaintiff Geraldine Studebaker's counsel filed a notice of the death of Ms. Studebaker.  (Dkt. No. 9.)  Under Federal Rule of Civil Procedure 25, the Court may order the substitution of the plaintiff on the proper motion.  Fed. R. Civ. P. 25(a)(1).  If such a motion is not made "within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed."  *Id*.  More than 90 days have passed since Plaintiff's counsel filed the notice of death, yet there have been no motions to substitute the plaintiff.  The Court therefore **ORDERS** Plaintiff's counsel to show cause, no later than June 25, 2013, why this case should not be dismissed for failure to substitute the plaintiff.


mtg

MINUTES FORM 11
CIVIL-GEN                                                                              Initials of Deputy Clerk: MU